UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYNARD BISHOP, | ) | CASE NO. 1: 08 CV 2764 |
| | ) | |
| Petitioner, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| STUART HUDSON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate

Judge Nancy A. Vecchiarelli. The Report and Recommendation (ECF # 14), issued on September

28, 2009 is hereby ADOPTED by this Court. Plaintiff filed this action pursuant to 28 U.S.C. §2254,

requesting federal habeus corpus review of his conviction for murder and aggravated robbery. The

Magistrate Judge recommended that the Petitioner's request be denied. No timely objections have

been filed, despite the Court's granting of a lengthy extension of time in which to file objections.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action*

*v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and

Recommendation in its entirety. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _February 22, 2010_